UNITED STATES DISTRICT COURT EASTERN DISTRICT OF THE STATE OF NEW YORK     # 23237X

CHRISTOPHER SADOWSKI,

                 against

Plaintiff(s)

INDEX# 1:24-CV-08079
Date filed 11/20/2024

TICKET WIPER CORP,

Defendant(s)

STATE OF NEW YORK           COUNTY OF ALBANY     CHRISTOPHER SADOWSKI
                                                                                          7437234

# SECRETARY OF STATE  -  AFFIDAVIT OF SERVICE

**PAUL J. SANTSPREE SR.** being duly sworn, deposes and says that deponent is not a party to this action, is over the age of 18 years and has a principal place of business at in the County of Albany, State of New York. That on **2/3/2025 at 1:35 PM**, at the office of the Secretary of State, of the State of New York in the City of Albany, New York at 99 Washington Avenue, he/she served a true copy of a

**NOTICE OF OPTION TO CONSENT TO MAGISTRATE JUDGE JURISDICTION, JOINT PROPOSED CIVIL CASE MANAGEMENT PLAN, SUMMONS IN A CIVIL ACTION AND COMPLAINT,**

on **TICKET WIPER CORP., Defendant** in this action and on this date, the address of record with the secretary of state is:

4403 15TH AVENUE, SUITE 279, BROOKLYN NY 11219

By delivering to and leaving with **AMY LESCH**, authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to Section 306 BCL

Bearing Index Number and Filing Date endorsed thereon.

[ ] Deponent additionally served upon the above named defendant one (1) true copy of the RPAPL SEC. 1303 Homeowner's Foreclosure Notice which was printed in bold, 14 point font size and printed on colored paper which is a color other than said pleading

**Description**      The process server's perception of the description of the person served is as follows:

         A Female with White race, Blonde hair, who is approximately 46 years of age
         and has an approximate height of 5' 6" and approximate weight of 170 pounds.

         Other identifying features are as follows: None.

I affirm this 4 day of February 2025, under the penalties of perjury under the laws of New York, which may include fine or imprisonment that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                                                                          2/4/2025 - PAUL J. SANTSPREE SR.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| CHRISTOPHER SADOWSKI | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:24-cv-08079 |
| TICKET WIPER CORP. | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TICKET WIPER CORP.
c/o Secretary of State
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Daniel DeSouza, Esq.
3111 N. University Drive
Suite 301
Coral Springs, FL 33065

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 01/23/2025

SONIA GALEANO

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-08079

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: